UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


JOSE JASSO CARRILLO,

     Plaintiff,

v.                                Case No. 3:21cv4372-MCR-HTC

ESCAMBIA COUNTY BOARD OF COMMISSIONERS,
WILLIAM POWELL,

     Defendants.

_____/

**O R D E R**

The magistrate judge issued a Report and Recommendation on March 29, 2022 (ECF No. 13), recommending this case be dismissed without prejudice. Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and any timely filed objections, the Court determines the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 13) is

adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to keep the Court apprised of his address, and failure to comply with orders of the Court.

3.      The clerk is directed to close this case file.

**DONE AND ORDERED** this 8th day of December 2022.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv4372-MCR-HTC